NUMBER 13-08-00581-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

 

ARMANDO CHAVIRA, Appellant,


v.



THE STATE OF TEXAS, Appellee.


____________________________________________________________


On appeal from the 117th District Court of Nueces County, Texas.


____________________________________________________________

 

MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides 


Memorandum Opinion Per Curiam



 Appellant, Armando Chavira, by and through his attorney, has filed a motion to
dismiss his appeal because he no longer desires to prosecute it. See Tex. R. App. P.
42.2(a). Without passing on the merits of the case, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and

filed this 15th day of January, 2009.